**PRISONER CASE**

**FILED**
JUN 0 2 2008
Jun 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** MARCO HENDERSON

**Defendant(s):** OFFICER BROWN, etc., et al.

**County of Residence:** KNOX

**County of Residence:**

**Plaintiff's Address:**
Marco Henderson
K-58827
Hill - HIL
P.O. Box 1700
Galesburg, IL 61401

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

08CV 3172
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW

**Signature:** M. Burke

**Date:** 6/2/08

Pallmeyer
Denlow   99 C 1299