IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**FILED**
JUN 2 2008
Jun 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARCO HENDERSON
  Plaintiff,

v.

STATEVILLE CORRECTIONAL
OFFICER's C/O BROWN, C/O HALL,
C/O WILLIAMSON, C/O WATTS,
C/O KOCHER...

08CV 3172
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW

## APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Plaintiff, MARCO HENDERSON, respectfully requests the court pursuant to 725 ILCS 5/5-105 and Rule 298 of the Illinois Supreme Court, to grant him leave to prosecute as a poor person. In support of this motion the plaintiff states:

1. I am a poor person and unable to pay the cost of these proceedings, due to my indigency.

2. I am unemployed and I am only receiving state pay once a month in the sum of $10.00

3. My total income for the preceding year is $120.00 from the state.

4. The sources and amount of income expected by me hereafter are None.

5. The nature and current value of any property, real or personal,
   (a) Real Estate None
   (b) Motor Vehicle None
   (c) Cash, saving, checking, etc. None
   (c) Prison Trust account $17.28
   (e) Other, T.V. Radio etc. None

6. No application for leave to sue or defend as a poor person has been filed on my behalf during the preceding year

# C E T I F I C A T E

THIS SECTION FOR COMPLETION BY THE
PLAINIFF/PETITIONER

Name of PLAINIFF/PETITIONER: Marco Henderson

Institution where confined: Western Correctional Center

Register number: K58827

THIS SECTION IS FOR COMPLETION BY
AN AUTHORIZED OFFICER OF THE ABOVE NAME
INSTITUTION ONLY PURSUANT TO 28 U.S.C. 1915(a)(2),

Please attach a certified print-out of all transactions
for this person's account for the past six months.

I HERE BY CERTIFY THAT Marco Henderson CURRENTLY HAS
THE SUM OF (NAME OF PLAINTIFF)

$ 17.80 ON ACCOUNT TO HIS CREDIT AT Western Ill CC
                                        (INSTITUTION)
DATED: December 3, 2007

/s/ Beverly J Engellrecht
Signature of authorized officer
of the above institution

Date: 3/3/2008  
Time: 1:24pm  
d_list_inmate_trans_statement_composite

**Western Illinois Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: K58827;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: K58827 Henderson, Marco**                    **Housing Unit: WIL-S -01-14**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 09/12/07 | Mail Room | 04 Intake and Transfers In | 255215 | 87977 | Danville C.C. | 40.53 | 40.53 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257133 | | P/R month of 08/2007 | .68 | 41.21 |
| 09/18/07 | Point of Sale | 60 Commissary | 261772 | 550303 | Commissary | -40.30 | .91 |
| 09/24/07 | Mail Room | 04 Intake and Transfers In | 267215 | 88075 | Danville C.C. | 11.13 | 12.04 |
| 10/01/07 | Mail Room | 01 MO/Checks (Not Held) | 274216 | 184115 | Henderson, Marilyn | 40.00 | 52.04 |
| 10/01/07 | Mail Room | 01 MO/Checks (Not Held) | 274216 | 184114 | Henderson, Marilyn | 50.00 | 102.04 |
| 10/04/07 | Point of Sale | 60 Commissary | 277704 | 552624 | Commissary | -80.57 | 21.47 |
| 10/12/07 | Point of Sale | 60 Commissary | 285751 | 553512 | Commissary | -18.67 | 2.80 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285133 | | P/R month of 09/2007 | 10.00 | 12.80 |
| 10/15/07 | Disbursements | 84 Library | 288333 | Chk #82951 | 735, DOC: 523 Fund Library, Inv. Date: 10/01/2007 | -.50 | 12.30 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288333 | Chk #82961 | 737, CMRS-PBP Acct. #3624238, Inv. Date: 09/24/2007 | -.17 | 12.13 |
| 10/15/07 | Disbursements | 90 Medical Co-Pay | 288333 | Chk #82963 | 939, DOC: 523 Fund Reimburseme, Inv. Date: 10/11/2007 | -2.00 | 10.13 |
| 11/01/07 | Point of Sale | 60 Commissary | 305751 | 555232 | Commissary | -9.37 | .76 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313133 | | P/R month of 10/2007 | 10.00 | 10.76 |
| 11/15/07 | Mail Room | 01 MO/Checks (Not Held) | 319215 | 5669138551 | Dawson, Misha | 50.00 | 60.76 |
| 11/20/07 | Mail Room | 01 MO/Checks (Not Held) | 324215 | 185079 | Henderson, Ron | 20.00 | 80.76 |
| 11/26/07 | Point of Sale | 60 Commissary | 330751 | 557667 | Commissary | -63.48 | 17.28 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341133 | | P/R month of 11/2007 | 10.00 | 27.28 |
| 12/10/07 | Disbursements | 84 Library | 344333 | Chk #83487 | 1544, DOC: 523 Fund Library, Inv. Date: 12/05/2007 | -.35 | 26.93 |
| 12/10/07 | Disbursements | 84 Library | 344333 | Chk #83487 | 1371, DOC: 523 Fund Library, Inv. Date: 11/19/2007 | -.20 | 26.73 |
| 12/14/07 | Point of Sale | 60 Commissary | 348704 | 560438 | Commissary | -22.47 | 4.26 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011133 | | P/R month of 12/2007 | 10.00 | 14.26 |
| 01/14/08 | Disbursements | 84 Library | 014333 | Chk #83831 | 1597, DOC: 523 Fund Library, Inv. Date: 12/12/2007 | -4.25 | 10.01 |
| 01/14/08 | Disbursements | 81 Legal Postage | 014333 | Chk #83844 | 1727, CMRS-PBP Acct. #362423, Inv. Date: 12/20/2007 | -.17 | 9.84 |
| 01/15/08 | Point of Sale | 60 Commissary | 015751 | 563809 | Commissary | -9.83 | .01 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039153 | | P/R month of 01/2008 | 10.00 | 10.01 |
| 02/21/08 | Point of Sale | 60 Commissary | 052751 | 568405 | Commissary | -7.58 | 2.43 |
| 02/21/08 | Mail Room | 01 MO/Checks (Not Held) | 052215 | 08802259652 | Dawson, Misha | 50.00 | 52.43 |

| | |
|---|---|
| Total Inmate Funds: | 52.43 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.00 |
| Funds Available: | 50.43 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |