IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

**FILED**
JUN 2 2008
Jun 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARCO HENDERSON
   Plaintiff,

v.

STATEVILLE CORRECTIONAL
OFFICER'S c/o BROWN, c/o HALL,
c/o WILLIAMSON, c/o WATTS,
c/o KOCHER,

08CV 3172
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW

MOTION FOR APPOINTMENT OF COUNSEL

Now comes Marco Henderson, and respectfully requests that counsel be appointed to represent him in this civil action. Plaintiff requests Counsels be required to review the petition, consult with plaintiff and amend the attach petition only if the plaintiff says the petition should be amended. In support of this request, Plaintiff states:

1. I have been incarcerated continuously since 9-29-96 and am presently held in custody at ~~Hill Correctional Center, Galesburg Illinois,~~ P.O. Box - 1700 Galesburg IL, 61402-1700

2. I am without sufficient income or assets with which to pay for the cost of these proceedings or to employ an attorney to represent me in this matter. I have filed an Application to sue/defend as a poor person and have attach same to my petition.

3. I am without the services of counsel and wish the Court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access the Courts and without the assistance of counsel, this access will not be adequate, effective, or meaningful.

5. I beleive I have a meritorious defense which is neither frivolous or malicious.

WHEREFORE plaintiff, MARCO HENDERSON, Requests that Counsels be appointed to Represent him in the above-captioned cause.

Plaintiff, pro se

*/s/ Marco Henderson*

Signed before me this _____ day of _____ 2007